## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 02-60049-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
   Plaintiff,

v.

PASQUALE ANTHONY RUBBO,
   Defendant.

----------------------------------------------/

## ORDER ADOPTING REPORT AND
## RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge.  Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1.  The Magistrate Judge's report and recommendations are **adopted**.

2.  A sentencing hearing will be conducted on **Friday, April 10, 2009,** at **1:30 p.m.** in Courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 24th day of March, 2009.

**copy furnished:**
AUSA William T. Shockley
Alvin E. Entin, Esq.
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge